**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

Juanita Tucker,

    Plaintiff(s),

v.                                  Case No. 1:04cv81

                                      (Judge Michael H. Watson)

Angela Stayton, et al.,

    Defendant(s).

# ORDER

    This matter is before the Court on the Magistrate Judge's Report and Recommendation filed August 23, 2005 (Doc. 29).

    Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. See United States v. Walters, 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation have been filed.

    Having reviewed this matter de novo pursuant to 28 U.S.C. § 636, the Court finds the Magistrate Judge's Report and Recommendation to be correct.

    Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED**. Plaintiff's Complaint (Doc. 2) is dismissed with prejudice for failure to prosecute. The Court certifies that an appeal in this matter would not be taken in good faith. This action is closed.

                                                        _____
                                                         Michael H. Watson
                                                        United States District Judge

bac    September 12, 2005